**FILED**

05/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0600

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0600

_____

SALVATRICE MUSCLE,

     Plaintiff and Appellant,

    v.                                O R D E R

ANTONIO SANTIN, M.D.,

     Defendant and Appellee.

_____

On January 20, 2023, this Court returned Appellant's opening brief for failure to comply with several of the applicable Montana Rules of Appellate Procedure and ordered Appellant to correct the brief and file it no later than 30 days from the date of the Order. Appellant has not filed a corrected brief in accordance with this Court's Order.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than May 24, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 4 2023